McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ. 040881988
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR GREEN HOLLOW CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| PRAVEEN K. ANDAPALLY<br>Debtor. | CASE NO.:  21-14926-MBK<br><br>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |

TO:   CLERK, UNITED STATES BANKRUPTCY COURT
      402 East State Street
      Trenton, NJ 08608
      Telephone: 609-989-2200

      PRAVEEN K. ANDAPALLY
      c/o Eugene D. Roth, Esquire
      Law Office of Eugene D. Roth
      Valley Park East
      2520 Highway 35, Suite 307
      Manasquan, NJ 08736

      TRUSTEE
      Albert Russo
      Chapter 13 Standing Trustee
      CN 4853
      Trenton, NJ 08650-4853

      U.S. TRUSTEE
      US Dept of Justice
      Office of the US Trustee
      One Newark Center Ste 2100
      Newark, NJ 07102

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Green Hollow Condominium Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

                                                McGOVERN LEGAL SERVICES, LLC
                                                Attorneys for Green Hollow Condominium Association, Inc.

DATED: July 2, 2021          By: _____
                                                WILLIAM H. BROSHA, ESQ.

## CERTIFICATION OF SERVICE

I, William H. Brosha, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on July 2, 2021.

DATED: July 2, 2021          By: _____
                                 WILLIAM H. BROSHA, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

PRAVEEN K. ANDAPALLY
c/o Eugene D. Roth, Esquire
Law Office of Eugene D. Roth
Valley Park East
2520 Highway 35, Suite 307
Manasquan, NJ 08736

TRUSTEE
Albert Russo
Chapter 13 Standing Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102