Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 21−14926−MBK
    Chapter: 13
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K. Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−7413

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 13, 2021 and a confirmation hearing on such Plan has been scheduled for September 22, 2021.

The debtor filed a Modified Plan on September 21, 2021 and a confirmation hearing on the Modified Plan is scheduled for Oct. 27, 2021 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 22, 2021
JAN: pbf

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-14926-MBK |
|---|---|
| Praveen K. Andapally | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 186 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Natio, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Green Hollow Condominium Association, Inc., McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519238067 | + | Bank of America, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519312477 | + | Cornerstone Enterprises, Inc., 1 Cathar Court, Ledgewood, NJ 07852-2313 |
| 519238069 | + | Green Hollow Condominium Association, In, c/o McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519293709 | | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519238070 | + | Raghupathi Subramanian, 310 Green Hollow Drive, Iselin, NJ 08830-2922 |
| 519238071 | + | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| 519238075 | + | Wells Fargo Bank N.A., c/o Peretore & Peratore PC, 191 Woodport Road #207B, Sparta, NJ 07871-2641 |
| 519284107 | | Wilmington Savings Fund Society, FSB, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519238068 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 22 2021 20:27:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 519312478 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 22 2021 20:27:00 | PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15220 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519238076 | | Wilmingon Savings Fund FSB, c/o Fay Servicing LLC, 901 S. 2nd Street, Suite 201 |
| 519238072 | *+ | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| 519238073 | *+ | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| 519238074 | *+ | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 21-14926-MBK    Doc 32    Filed 09/24/21    Entered 09/25/21 00:12:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: 186 | Total Noticed: 15 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
                      docs@russotrustee.com

Denise E. Carlon
                      on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eugene D. Roth
                      on behalf of Debtor Praveen K. Andapally erothesq@gmail.com

Jonathan C. Schwalb
                      on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com

Maria Cozzini
                      on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com

Melissa N. Licker
                      on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
                      on behalf of Creditor Green Hollow Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 8