**EUGENE D. ROTH, ESQ.**
2520 Highway 35, Suite 307
Manasquan, NJ 08736
(732) 292-9288
Attorney for Debtor

Order Filed on October 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

PRAVEEN K. ANDAPALLY,

        Debtor

CASE NO. 21-14926

CHAPTER: 13

JUDGE: Michael B. Kaplan

Hearing Date: 10/13/2021@9:00

## ORDER GRANTING REQUEST FOR LOSS MITIGATION

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

**DATED: October 13, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: Praveen K. Andapally
Case No. 21-14926 MBK
**ORDER GRANTING REQUEST FOR LOSS MITIGATION**

---

**THIS MATTER** having come before the Court on October 13, 2021 for a Motion to permit the Debtor, Praveen K. Andapally, to file under the Loss Mitigation Program with the United States Bankruptcy Court having considered the certification of the Debtor and good and sufficient cause having been shown; it is hereby

**ORDERED AND DIRECTED**, that the Debtor, Praveen K. Andapally, shall be permitted to file a Notice of Request for Loss Mitigation with the United States Court within __7__ days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 21-14926-MBK
Praveen K. Andapally                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eugene D. Roth
     on behalf of Debtor Praveen K. Andapally erothesq@gmail.com

Jonathan C. Schwalb
     on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com

Maria Cozzini
     on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Green Hollow Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 8