UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MCGOVERN LEGAL SERVICES, LLC
BY: KYLE A. LIVINGSTONE, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
Fax (732) 246-1872
ATTORNEYS FOR GREEN HOLLOW
CONDOMINIUM ASSOCIATION

Order Filed on November 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen K. Andapally

Case No.: 21-14926
Chapter: 13
Hearing Date: 10/27/2021
Judge: MBK

## CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

DATED: November 30, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1. The parties hereby agree to the following terms, clarifying the language of the modified plan dated October 21, 2021.
2. The Debtor will pay Creditor Green Hollow Condominium Association's claims of $5,806.02 unsecured and $16,947.63.
3. The unsecured portion will be paid via payments made through the plan to the Trustee.
4. The secured portion will be paid in full following the sale of 310 Green Hollow Drive, Iselin New Jersey.
5. The sale of 310 Green Hollow Drive, Iselin New Jersey shall occur within six months of confirmation of the plan.

/s/ Kyle A. Livingstone, Esq.
_____
Kyle A. Livingstone, Esq.
Attorney for Creditor Green Hollow Condominium Association

_____
Eugene D. Roth
Attorney for Debtor

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McGovern Legal Services, LLC<br>By: Kyle A. Livingstone, Esq.<br>850 Carolier Lane<br>North Brunswick, NJ 08902<br>(732) 246-1221<br>Attorneys for Green Hollow Condominium Association |

| In Re: | Case No.: 21-14926-MBK |
|---|---|
| Praveen K. Andapally | Judge: Michael B. Kaplan |
| | Chapter: 13 |

**CERTIFICATION OF CONSENT
REGARDING CONSENT ORDER**

I certify that with respect to the Consent Order **RESOLVING CREDITOR'S Opposition to Plan** submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

1

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: _____11/22/21_____      ___/s/ Kyle A. Livingstone, Esq._____
                                                                                  Signature of Attorney

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Praveen K. Andapally  
    Debtor

Case No. 21-14926-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 01, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Praveen K. Andapally erothesq@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com |
| Kyle Anthony Livingstone | on behalf of Creditor Green Hollow Condominium Association Inc. klivingstone@theassociationlawyers.com |
| Maria Cozzini | |

on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com

Melissa N. Licker

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Green Hollow Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 9