| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-14926 / MBK

Praveen K. Andapally

Petition Filed Date: 06/16/2021
341 Hearing Date: 07/15/2021
Confirmation Date: 11/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/27/2021 | $702.00 | 78362060 | 08/12/2021 | $702.00 | 78746400 | 09/02/2021 | $702.00 | 79173640 |
| 10/27/2021 | $423.00 | 80399460 | 11/03/2021 | $423.00 | 80609020 | 12/17/2021 | $423.00 | 81535770 |
| 01/05/2022 | $423.00 | 81918620 | 02/03/2022 | $423.00 | 82539040 | | | |

**Total Receipts for the Period:  $4,221.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $4,221.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Praveen K. Andapally | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | EUGENE ROTH, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 1 | GREEN HOLLOW CONDOMINIUM ASSOC<br>»»  310 GREEN HOLLOW DR/LIEN/ORDER 11/30/2021 | Secured Creditors<br>No Disbursements: Pending Sale / Refi | $16,947.63 | $0.00 | $16,947.63 |
| 2 | GREEN HOLLOW CONDOMINIUM ASSOC<br>»»  310 GREEN HOLLOW DR/FEES/ORDER 11/30/2021 | Unsecured Creditors | $5,806.02 | $0.00 | $5,806.02 |
| 3 | CARRINGTON MORTGAGE SERVICES, LLC<br>»»  NP/310 GREEN HOLLOW DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $35,325.88 | $0.00 | $35,325.88 |
| 4 | Wilmington Saving Fund Society<br>»»  P/6 RICHARD RD/1ST MTG | Mortgage Arrears | $8,639.17 | $3,085.20 | $5,553.97 |
| 5 | MEB LOAN TRUST IV<br>»»  P/6 RICHARD RD/2ND MTG | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $567,387.36 | $0.00 | $567,387.36 |
| 6 | Wells Fargo Bank N.A.<br>»»  JUDGMENT/LIEN VOID | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14926 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,221.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $3,085.20 | Current Monthly Payment: | $423.00 |
| Paid to Trustee: | $360.86 | Arrearages: | $0.00 |
| Funds on Hand: | $774.94 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

