UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQUIRE - 4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

In Re:

Praveen K. Andapally

Order Filed on April 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-14926

Chapter: Michael B. Kaplan

Judge: 13

**ORDER AUTHORIZING RETENTION OF**

Realty Mark Platinum

The relief set forth on the following page is **ORDERED**.

DATED: April 21, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Realty Mark Platinum_____
as _____realtor/broker_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Realty Mark Platinum
   Swarna Venkatesan,
   1430 Oak Tree Rd, Ste 7, Iselin, NJ

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14926-MBK |
| Praveen K. Andapally | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

**Recip ID          Recipient Name and Address**
db                +  Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Albert Russo
                    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
                    on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eugene D. Roth
                    on behalf of Debtor Praveen K. Andapally erothesq@gmail.com

Jonathan C. Schwalb
                    on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com

Kyle Anthony Livingstone
                    on behalf of Creditor Green Hollow Condominium Association Inc. klivingstone@theassociationlawyers.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Maria Cozzini
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC mcozzini@sternlav.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Green Hollow Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 10