UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 21-14926 |
| Praveen K. Andapally | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

___Praveen K. Andapally___, ___the Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton
Clerk's Office
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___August 10, 2022___ at ___9___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, ___402 East State Street, Trenton, NJ 08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  310 Green Hollow Drive, Iselin, NJ

Proposed Purchaser:  Anna Ye

Sale price:  $255,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Better Homes, Realty Marty Platinum, LLC, Eugene D. Roth, Esq. |
| Amount to be paid: | Brokers' Commission - $10,200; Attorney Fee - $2,500 |
| Services rendered: | Attorney services include review of the Contract of Sale, preparation of Attorney Review letters, closing documents and attendance at closing.<br><br>The broker secured the purchasers for the real property. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Law Office of Eugene D. Roth

Address: 2520 Hwy 35, Suite 307, Manasquan, NJ 08736

Telephone No.: 732-292-9288 and erothesq@gmail.com

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Praveen K. Andapally  
    Debtor

Case No. 21-14926-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jul 18, 2022      Form ID: pdf905      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Natio, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Green Hollow Condominium Association, Inc., McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| r | + | Realty Mark Platinum, 1430 Oak Tree Rd, Ste 7, Iselin, NJ 08830-1660 |
| 519238067 | + | Bank of America, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519312477 | + | Cornerstone Enterprises, Inc., 1 Cathar Court, Ledgewood, NJ 07852-2313 |
| 519238069 | + | Green Hollow Condominium Association, In, c/o McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519238070 | #+ | Raghupathi Subramanian, 310 Green Hollow Drive, Iselin, NJ 08830-2922 |
| 519238071 | + | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| 519238075 | + | Wells Fargo Bank N.A., c/o Peretore & Peratore PC, 191 Woodport Road #207B, Sparta, NJ 07871-2641 |
| 519284107 | | Wilmington Savings Fund Society, FSB, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 18 2022 20:42:00 | MEB Loan Trust, POB 65250, Salt Lake City, UT 84165-0250 |
| 519238068 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 18 2022 20:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 519293709 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 18 2022 20:42:00 | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519312478 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2022 20:41:00 | PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15220 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519238076 | | Wilmingon Savings Fund FSB, c/o Fay Servicing LLC, 901 S. 2nd Street, Suite 201 |
| 519238072 | *+ | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |
| 519238073 | *+ | Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: pdf905 | Total Noticed: 17 |

519238074       *+         Vijaya Andapally, 6 Richard Road, Edison, NJ 08820-3028

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Praveen K. Andapally erothesq@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com |
| Kyle Anthony Livingstone | on behalf of Creditor Green Hollow Condominium Association Inc. klivingstone@theassociationlawyers.com |
| Maria Cozzini | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Green Hollow Condominium Association Inc. collections@theassociationlawyers.com |

TOTAL: 10