Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  21–14926–MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K. Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx–xx–7413

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Pamela Fiero</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

310 Green Hollow Drive, Iselin, NJ.

Dated: August 4, 2022
JAN: pbf

                                                          Jeanne Naughton
                                                          Clerk