UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Eugene D. Roth, Esq.
Law Office of Eugene D. Roth
2520 Hwy 35, Suite 307
Manasquan, New Jersey 08736
Attorneys for the Debtor

Order Filed on October 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen K. Andapally

                Debtor.

Chapter 13

Case No. 21-14926-MBK

Hearing Date: August 11, 2022

Judge: Michael B. Kaplan, U.S.B.J.

**AMENDED ORDER, PURSUANT TO SECTION 363(B) AND (F) OF THE BANKRUPTCY CODE, AUTHORIZING AND APPROVING THE SALE OF REAL PROPERTY, FREE ANDCLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES ANDINTERESTS AND APPROVING PAYMENT TO ALLOWED SECURED CLAIMS**

The relief set forth on the following pages numbered two (2) through five (5) is hereby

**ORDERED**.

**DATED: October 26, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | Praveen K. Andapally |
| Case No.: | 21-14926-MBK |
| Caption of Order: | ORDER, PURSUANT TO SECTION 363(B) AND (F) OF THE BANKRUPTCY CODE, AUTHORIZING AND APPROVING THE SALE OF REAL PROPERTY, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND APPROVING PAYMENT OF ALLOWED SECURED CLAIMS |

_____

This matter having been brought before the Court by Praveen K. (the "Debtor"),by and through its counsel, the Law Offices of Eugene D. Roth by Motion (the "Sale Motion") for the entry of an order pursuant to Section 363(b), (f) of the United States Bankruptcy Code (the "Bankruptcy Code") authorizing and approving the sale of real property identifiable as 310 Green Hollow Dr, Iselin, NJ 08830 (the "Property"), free and clear of all liens, claims, encumbrances and interests; and due and proper notice of the Sale Motion having been provided to all parties required to receive notice; and it appearing that the relief requested in the Sale Motion is in the best interest of creditors and the estate; and any objections to the Sale Motion having been resolved, withdrawn or overruled by this Court; and good and sufficient cause appearing for the granting of the relief requested in the Sale Motion,

IT IS HEREBY ORDERED:

1. The Sale Motion is granted in all respects.

2. The Contract of Sale, annexed hereto as Exhibit A, is hereby approved.

3. Pursuant to section 363(b) and (h) of the Bankruptcy Code, the Debtors are authorized and directed to sell the Property to Anna Ye (the "Purchasers").

4. Pursuant to section 363(f) of the Bankruptcy Code, the sale of the Property to the Purchasers is free and clear of any and all liens, claims, encumbrances and interests.

5. The Debtor shall utilize the proceeds from the sale of the Property to pay at closing the Secured Creditors on the Property, Carrington Mortgage Services, LLC

Page 3

| | |
|---|---|
| Debtor: | Praveen K. Andapally |
| Case No.: | 21-14926-MBK |
| Caption of Order: | ORDER, PURSUANT TO SECTION 363(B) AND (F) OF THE BANKRUPTCY CODE, AUTHORIZING AND APPROVING THE SALE OF REAL PROPERTY, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND APPROVING PAYMENT OF ALLOWED SECURED CLAIMS |

___

Green Hollow Condominium Association and PNC Bank, N.A. at such amounts pursuant to payoff statement(s) received from such Secured Creditors after satisfaction in full, the above referenced Secured Creditors shall each provide a Discharge of Mortgage; any outstanding taxes and/or municipal charges; the professionals noted in the Notice of Private Sale filed simultaneously with the Sale Motion; and customary closing costs.

6. The balance of the non-exempt proceeds shall be payable to the Chapter 13 Trustee's Office.

7. The sale of the Property to the Purchasers shall constitute a legal, valid and effective transfer of title to the Property.

8. The Debtors are authorized and directed to execute and deliver such documents and take such other actions as may be necessary, desirable or appropriate to effect, implement and/or consummate the sale of the Property to the Purchaser without further application to the Court.

9. The Court shall have jurisdiction to (a) implement, interpret, consummate and/or effectuate the provisions of this Order; and (b) resolve any disputes relating to the sale of the Property and distribution of the proceeds thereof.

10. Pursuant to Section 363(m) of the Bankruptcy Code, the reversal or modification of this Order on appeal shall not affect the validity of the transfer authorized herein unless the transfer is stayed pending appeal and prior to closing.

Page 4

| | |
|---|---|
| Debtor: | Praveen K. Andapally |
| Case No.: | 21-14926-MBK |
| Caption of Order: | ORDER, PURSUANT TO SECTION 363(B) AND (F) OF THE BANKRUPTCY CODE, AUTHORIZING AND APPROVING THE SALE OF REAL PROPERTY, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND APPROVING PAYMENT OF ALLOWED SECURED CLAIMS |

_____

11. The fourteen (14) day stay on an order authorizing the use, sale or lease of property found in Federal Rules of Bankruptcy Procedure 6004(h) is hereby waived.

12. Movants shall serve a copy of the executed Order on all interested parties who have not yet been served electronically by the Court.

United States Bankruptcy Court

District of New Jersey

In re:  
Praveen K. Andapally  
    Debtor

Case No. 21-14926-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 26, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

**Recip ID**      **Recipient Name and Address**  
db      + Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo  
     docs@russotrustee.com

Albert Russo  
     on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon  
     on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eugene D. Roth  
     on behalf of Debtor Praveen K. Andapally erothesq@gmail.com

Jonathan C. Schwalb  
     on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Kyle Anthony Livingstone

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 26, 2022 Form ID: pdf903 Total Noticed: 1

on behalf of Creditor Green Hollow Condominium Association Inc. klivingstone@theassociationlawyers.com

Maria Cozzini
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Green Hollow Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 10