Certificate Number: 15317-NJ-DE-037040917

Bankruptcy Case Number: 21-14926



15317-NJ-DE-037040917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 13, 2022</u>, at <u>3:16</u> o'clock <u>PM PST</u>, <u>Praveen K Andapally</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 13, 2022</u>          By:    <u>/s/Ralph Hongria</u>

                                        Name:  <u>Ralph Hongria</u>

                                        Title: <u>Credit Counselor</u>