EUGENE D. ROTH, ESQ-4239
2520 Highway 35, Suite 307
Manasquan, NJ 08736
732-292-9288
Attorney for Debtor

**Order Filed on January 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) CASE NO.: 21-14926 |
| | ) |
| | ) CHAPTER 13 |
| PRAVEEN K. ANDAPALLY | ) |
| | ) HEARING DATE: 01/11/2023 |
| | ) |
| DEBTOR(S). | ) JUDGE:  Michael B. Kaplan |
| | ) |
| | ) |
| _____ | ) |

### ORDER TO CANCEL AND DISCHARGE JUDICIAL LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: January 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Praveen K. Andapally; Case No.: 21-14926-MBK
Caption of Order: Order to Cancel and Discharge Judicial Liens

 

**THIS MATTER** being opened to the Court by Eugene D. Roth, Esq., attorney for the

Debtors, Praveen K. Andapally, on the Debtor's Motion to Cancel and Discharge Judicial Liens

on the property described as 6 Richard Rd, Edison, NJ 08820, and this Court having considered

this matter and good cause appearing; it is hereby

**ORDERED,** that, upon the receipt by Debtor(s) of a discharge in the above-captioned

case, the following liens are hereby cancelled and discharged of record:

a) Judicial Lien of Wells Fargo Bank n/a as successor by merger to Wachovia Bank
   National Association under Judgment Number, DJ-141778-2013 which was docketed
   on 07/23/2013.

**IT IS FURTHER ORDERED**, that in the event any of the above listed lien holders fails

to take all necessary steps to release, cancel and/or discharge its respective liens, upon issuance

of a discharge of Debtor(s), Debtor(s) may record a copy of this Order with the appropriate

County Recording Office to effectuate the release and discharge of the above listed liens, and

**IT IS FURTHER ORDERED**, that Debtor(s) action in recording this order as set forth

in the preceding paragraph shall not relieve the above referenced lien holders of the obligation to

release and cancel their respective lien as set forth herein; and

**IT IS FURTHER ORDERED**, that Debtor's counsel shall serve a true and correct copy

of this Order on all parties who were served with copies of the Motion by email, fax or first-class

mail, postage pre-paid, within seven (7) calendar days from the date of entry.