EUGENE D. ROTH, ESQ-4239
2520 Highway 35, Suite 307
Manasquan, NJ 08736
732-292-9288
Attorney for Debtor

**Order Filed on January 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: | ) | CASE NO.: 21-14926 |
|---|---|---|
|  | ) |  |
|  | ) | CHAPTER 13 |
| PRAVEEN K. ANDAPALLY | ) |  |
|  | ) | HEARING DATE: 01/11/2023 |
|  | ) |  |
| DEBTOR(S). | ) | JUDGE:  Michael B. Kaplan |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |

## ORDER TO CANCEL AND DISCHARGE JUDICIAL LIENS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Praveen K. Andapally; Case No.: 21-14926-MBK
Caption of Order: Order to Cancel and Discharge Judicial Liens

**THIS MATTER** being opened to the Court by Eugene D. Roth, Esq., attorney for the Debtors, Praveen K. Andapally, on the Debtor's Motion to Cancel and Discharge Judicial Liens on the property described as 6 Richard Rd, Edison, NJ 08820, and this Court having considered this matter and good cause appearing; it is hereby

**ORDERED,** that, upon the receipt by Debtor(s) of a discharge in the above-captioned case, the following liens are hereby cancelled and discharged of record:

a) Judicial Lien of Wells Fargo Bank n/a as successor by merger to Wachovia Bank National Association under Judgment Number, DJ-141778-2013 which was docketed on 07/23/2013.

**IT IS FURTHER ORDERED**, that in the event any of the above listed lien holders fails to take all necessary steps to release, cancel and/or discharge its respective liens, upon issuance of a discharge of Debtor(s), Debtor(s) may record a copy of this Order with the appropriate County Recording Office to effectuate the release and discharge of the above listed liens, and

**IT IS FURTHER ORDERED**, that Debtor(s) action in recording this order as set forth in the preceding paragraph shall not relieve the above referenced lien holders of the obligation to release and cancel their respective lien as set forth herein; and

**IT IS FURTHER ORDERED**, that Debtor's counsel shall serve a true and correct copy of this Order on all parties who were served with copies of the Motion by email, fax or first-class mail, postage pre-paid, within seven (7) calendar days from the date of entry.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-14926-MBK

Praveen K. Andapally    Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                Page 1 of 2
Date Rcvd: Jan 13, 2023             Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Praveen K. Andapally, 6 Richard Road, Edison, NJ 08820-3028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
            docs@russotrustee.com

Albert Russo
            on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
            on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eugene D. Roth
            on behalf of Debtor Praveen K. Andapally erothesq@gmail.com

Jonathan C. Schwalb
            on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Kyle Anthony Livingstone

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 13, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Green Hollow Condominium Association Inc. livingstone@methwerb.com

Maria Cozzini
on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mcozzini@sternlav.com

Melissa N. Licker
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
on behalf of Creditor Green Hollow Condominium Association Inc. collections@theassociationlawyers.com

TOTAL: 10